**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Petitioner,

v.                                      CASE NO:  8:07-MC-33-T-30MAP

JEFFREY L. WILLIAMS,

    Respondent.
_____/

**ORDER**

THIS CAUSE comes before the Court upon the United States of America's Notice of Voluntary Dismissal (Dkt. #4).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. This cause is dismissed.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 29, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2007\07-mc-dismissal 4.wpd*